In the Matter of the Widening of WASHINGTON STREET in the City of Poughkeepsie.

(Argued April 18, 1892; decided May 6, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed an order of Special

Term confirming the report of commissioners appointed to assess damages.

*Horace D. Hufcut* for appellant.

*Charles B. Herrick* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.